**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 68.129.254.222
**Total Works Infringed:** 26  **ISP:**  Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-28-2021 12:13:42 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 2 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-20-2021 18:15:49 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 3 | Info Hash: 6AAA3C600904AABE2D4B6B0B13AC1400856AD856<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 10-18-2021 06:50:40 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 4 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 10-06-2021 19:18:53 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 5 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-04-2021 10:10:44 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 6 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-04-2021 10:10:37 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 7 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 10-04-2021 10:10:34 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 8 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 09-29-2021 21:33:13 | Tushy | 02-05-2018 | 02-20-2018 | PA0002104194 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-19-2021 15:18:27 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 10 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 09-19-2021 15:18:11 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 11 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 09-09-2021 02:44:05 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 12 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 09-09-2021 02:40:15 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 13 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-07-2021 21:51:33 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 14 | Info Hash: 2AA08A9659D3253B9DA04A8BA71ABBB9DAE10FCD<br>File Hash: CD0B6984F24C8EF6E188C5A68904A690720892824238225AA7F310411A8709A9 | 08-31-2021 01:38:27 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 15 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640<br>File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 08-31-2021 01:32:34 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 16 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-31-2021 01:31:30 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 17 | Info Hash: F1584FAF400BC09FABE20E779B802AFC7FE8A611<br>File Hash: 24C378B8BACF28DAC8B8B20B69A1BD1ECEDFE895E79BB51DB21C6A2B80B5D914 | 08-23-2021 17:22:12 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-19-2021 17:16:12 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 19 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-19-2021 17:11:21 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 20 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 08-19-2021 12:16:47 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 21 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 07-27-2021 17:09:57 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 22 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-17-2021 15:07:59 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 23 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-06-2021 05:48:05 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 24 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash: FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 06-15-2021 18:02:32 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 25 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06-15-2021 05:45:52 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 26 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-05-2021 15:32:39 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |